# United States Court of Appeals
## For the First Circuit

Nos. 06-1127, 06-1358

AROOSTOOK BAND OF MICMACS,

Plaintiff, Appellee,

v.

PATRICIA E. RYAN, in her official capacity as Executive Director
of the Human Rights Commission of the State of Maine; WARREN C.
KESSLER, in his official capacity as member of the Human Rights
Commission of the State of Maine; PAUL K. VESTAL, JR., in his
official capacity as member of the Human Rights Commission of the
State of Maine; JAMES VARNER, in his official capacity as member
of the Human Rights Commission of the State of Maine; JADINE R.
O'BRIEN, in her official capacity as member of the Human Rights
Commission of the State of Maine; KRISTEN L. AIELLO, in her
official capacity as member of the Human Rights Commission of the
State of Maine; LISA GARDINER; TAMMY CONDON,

Defendants, Appellants,

BEVERLY AYOOB,

Defendant.

**ERRATA SHEET**

The opinion of this court issued on April 17, 2007 is amended
as follows:

Cover Page, Listing of Appellants: Replace the comma between
"State of Maine" and "LISA GARDINER" with a semicolon.  Replace the
comma between "LISA GARDINER" and "TAMMY CONDON" with a semi colon.

Cover Page, Listing of Counsel, line 2: Delete all of the
spaces between "Rowe, Attorney" and "General," and insert a single
space.

On page 8, line 3: Replace the word "section" with the word

"subsection."

On page 24, lines 12-13: Take the parenthetical "(internal quotation marks omitted)" and move it after the parenthetical "(quoting 25 U.S.C. § 899 (repealed 1973))."

On page 39, line 2: Delete the word "be."

On page 41, note 24, line 11: Delete the brackets surrounding the letter "n" in the word "[n]othing."

On page 45, note 27, line 4: Replace the partially bracketed phrase "the [state Micmac Act]" with the fully bracketed phrase "[the state Micmac Act]."